# Court of Appeals
# of the State of Georgia

ATLANTA,___March 24, 2016_____

*The Court of Appeals hereby passes the following order:*

## A16A1215. MICHAEL DOUD v. FEDERAL NATIONAL MORTGAGE ASSOCIATION.

Federal National Mortgage Association ("FNMA") filed a dispossessory action against Michael Doud in magistrate court. Following an adverse judgment, Doud appealed to superior court. On January 6, 2016, the superior court entered a consent order in which the parties agreed that FNMA was entitled to a writ of possession on February 8, 2016. On February 5, 2016, Doud filed this appeal. We lack jurisdiction for at least two reasons.

First, "appeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003); see also OCGA § 5-6-35 (a) (1). Second, appeals from judgments in dispossessory actions must be filed within seven days of the date the judgment was entered. See OCGA § 44-7-56; *Radio Sandy Springs, Inc. v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011). Here, Doud filed this appeal 30 days after entry of the order he wishes to appeal. For these reasons, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,_____03/24/2016_____*
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____, *Clerk.*